# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

**ORIGINAL**

SHANNELL FARRIS,

        Plaintiff,

v.

CHARTER COUNTY OF WAYNE, LEONARD DIXON, STANLEY DANIEL and MARY JARRETT JACKSON, Jointly and Severally,

        Defendant.

_____/

CASE NUMBER: 00-60298-AA

HON. MARIANNE O. BATTANI



## ORDER LIFTING STAY AND DENYING PLAINTIFF'S MOTION TO SUBMIT SUPPLEMENTAL BRIEF

Pending before the court is Plaintiff's motion to remove the stay of proceedings and submit a supplemental brief. The court hereby grants Plaintiff's motion to lift the stay and denies Plaintiff's motion to file a supplemental brief.

IT IS SO ORDERED.

                              _____
                              MARIANNE O. BATTANI
                              UNITED STATES DISTRICT JUDGE

Dated: March 20, 2002